April 23, 2004

Mr. Charles R. Watson Jr.
Mullin Hoard & Brown, L.L.P.
P. O. Box 31656
Amarillo, TX 79120-1656
Mr. L. T. "Butch" Bradt
The Teltschik Law Firm
5718 Westheimer Rd., Suite 700
Houston, TX 77057-5785

RE: Case Number: 02-0670
 Court of Appeals Number: 07-00-00143-CV
 Trial Court Number: 96-64747

Style: GEORGE E. CIRE, JR., MARTHA K. ADAMS AND TAYLOR & CIRE
 v.
 CARLA ROBERSON CUMMINGS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Charles |
| |Bacarisse |
| |Ms. Peggy Culp |